IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMI LOCKHORN, | ) | 4:04CV3227 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear her or its own costs.

May 9, 2005.                             BY THE COURT:

                                         s/ Richard G. Kopf
                                         United States District Judge